Farm Food Stores, Inc., Appellant, v. Esther Wadler
Miller, Appellee.

Gen. No. 43,018.

opinion filed Septem-
ber 11, 1944; rehearing denied September 25, 1944. Joseph Lustfield,
of Chicago, for appellant; Ode L. Rankin, of Chicago, of counsel;
Wetten, Pegler & Dale, of Chicago, for appellee; Milton Gerwin, of
Chicago, of counsel. Opinion by JUSTICE MATCHETT. Not to be pub-
lished in full.